PROB 12C
(6/16)

Report Date:  December 20, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chase Patrick Marquis                Case Number: 0980 1:19CR02017-SAB-1

Address of Offender:                                              Yakima, Washington 98908

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 20, 2019

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2) | |
| Original Sentence: | Prison - 216 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: November 21, 2019 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: November 20, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Marquis is considered to be in violation of his conditions of supervised release by failing to report to the probation office on December 16, 17, 18, and 19, 2019.

Mr. Marquis' conditions were reviewed with him on November 22, 2019. He signed his conditions acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above.

On December 9, 2019, Mr. Marquis was provided verbal and written reporting instructions for December 16, 2019, on which the offender failed to report.

On December 16, 2019, at the request of the undersigned officer, Mrs. Gina Marquis, mother of Mr. Marquis,  provided the offender with instructions to either check into the local

Prob12C
**Re: Marquis, Chase Patrick**
**December 20, 2019**
**Page 2**

detoxification (detox) center or report to the probation office the following morning at 8 a.m. Mr. Marquis left her home after receiving the instructions.

On December 17, 2019, Mr. Marquis failed to report to the United States Probation Office. A check at the detox center revealed Mr. Marquis had not checked in.  Mrs. Marquis also reported the offender had not returned home.  Mr. Marquis' state probation officer, Officer Terrazas,  reported a secretaries warrant was issued after Mr. Marquis failed to report to his state probation officer as instructed.

On December 18, 2019, Mr. Marquis contacted his mother via text message reporting he could not contact the undersigned officer because of medical appointments. At the request of the undersigned officer,  Mrs. Marquis  provided reporting instruction to the offender to report by 5:00 p.m. on this date, otherwise Court action would be requested. Mr. Marquis failed to report on this date.

On December 19, 2019, after securing Mr. Marquis' new phone number, the undersigned officer sent Mr. Marquis a text message to report to the United States Probation Office by noon otherwise Court action would be requested.  Mr. Marquis failed to report by noon. Mrs. Marquis reported the offender has yet to return home and his current whereabouts are unknown.

2      **Standard Condition #5**: You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Marquis is considered to be in violation of his conditions of supervised release by failing to live at a residence approved by the probation officer.

Mr. Marquis' conditions were reviewed with him on November 22, 2019. He signed his conditions acknowledging an understanding of his conditions, which includes standard condition number 5, as noted above

On December 16, 2019, Mr. Marquis' mother advised that after providing him reporting instructions, Mr. Marquis left her home and has not returned. His mother reported Mr. Marquis is not allowed to live in her house if he is using illegal drugs or alcohol. Mr. Marquis has not reported a new address, and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

**Prob12C**
**Re: Marquis, Chase Patrick**
**December 20, 2019**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 20, 2019
_____

s/ Nicholas A. Bazan
_____

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

December 26, 2019
_____

Date