PROB 12C
(6/16)

Report Date: May 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chase Patrick Marquis | Case Number: 0980 1:19CR02017-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 20, 2019

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2) | |
| Original Sentence: | Prison - 216 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>April 16, 2020 | Prison - 2 months;<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: April 16, 2020 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: February 15, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Marquis is considered to be in violation of conditions of supervised release by failing to report to the probation officer on May 6, 15, and 20, 2020.<br><br>Per COVID-19 procedures, Mr. Marquis' conditions of supervised release were verbally reviewed with him on April 23, 2020. He verbally acknowledged an understanding of his conditions, which includes standard condition number 2, as noted above.<br><br>On May 6, 2020, the undersigned officer made contact with the offender via telephone while he was checking out at a grocery store. He was instructed to return my call once he completed his transaction, which he failed not do. |

Prob12C
**Re: Marquis, Chase Patrick**
**May 27, 2020**
Page 2

On May 15, 2020, the undersigned officer sent Mr. Marquis reporting instructions, directing the offender to report by telephone on this date, otherwise Court action would be taken. Mr. Marquis did not report on this date as directed.

On May 18, 2020, through a relative of Mr. Marquis, at the request of the undersigned officer, sent the offender instructions to report to the probation officer by May 20, 2020; otherwise, further Court action would be requested. The relative confirmed the message was delivered but offender did not respond. The following day, Mr. Marquis left a voice mail stating he would call again, which he has not done. As of the writing of this report, the undersigned officer has not been able to contact Mr. Marquis, and his whereabouts is currently unknown.

2  **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Marquis is considered to be in violation of his conditions of supervised release by not living at a place authorized by the probation officer as of May 27, 2020.

Per COVID-19 procedures, Mr. Marquis' conditions of supervised release were verbally reviewed with him on April 23, 2020. He verbally acknowledged an understanding of his conditions, which includes standard condition number 5, as noted above.

On April 23, 2020, Mr. Marquis reported he would be living at the Union Gospel Mission in Yakima, Washington; or the Noah's Ark shelter in Wapato, Washington. Follow up contact with both facilities showed Mr. Marquis has not resided at either location. Mr. Marquis' current living arrangements are unknown to the probation office, as of May 27, 2020, as is his whereabouts.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 27, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

Prob12C
**Re: Marquis, Chase Patrick**
**May 27, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_/s/ Stanley A. Bastian_
Signature of Judicial Officer

5/28/2020
Date