PROB 12C
(6/16)

Report Date: January 22, 2021

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chase Patrick Marquis | Case Number: 0980 1:19CR02017-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 20, 2019 | |
| Original Offense: Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2) | |
| Original Sentence: Prison - 216 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 16, 2020) | Prison - 2 months; TSR- 34 months |
| Asst. U.S. Attorney: Ian Garriques | Date Supervision Commenced: April 16, 2020 |
| Defense Attorney: Federal Defender | Date Supervision Expires: February 15, 2023 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/27/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Marquis is considered to be in violation of his conditions of supervised release by allegedly committing the crime of Possession of Controlled Substance, a violation of Revised Code of Washington (RCW) 69.50.4013, on or about January 8, 2021.

Per COVID-19 procedures, Mr. Marquis' conditions of supervised release were verbally reviewed with him on April 23, 2020. He verbally acknowledged an understanding of his conditions, which includes mandatory condition number 1, as noted above.

According to the Yakima County Sheriff's Office (YSO) narrative for incident report number 21C00447, the following occurred on January 8, 2021: Members of the Pacific Northwest Violent Offender Task Force (PNVOTF) were tasked with locating Chase Marquis, a federal

Prob12C
**Re: Marquis, Chase Patrick**
**January 22, 2021**
**Page 2**

fugitive. Officers observed an individual who resembled the offender enter a home, and received permission to enter the residence. Mr. Marquis was located in this home, hiding in a loft area.

While Mr. Marquis was searched incident to arrest, on his person the task force located a glass vial containing three blue pills. Officers recognized the pills to be a controlled substance, known by the street name "Mexi's," which has a key ingredient of fentanyl.

Mr. Marquis is scheduled to appear in Yakima County Superior Court, docket 21-1-000583-9, on January 25, 2021, for the above-noted crime.

4  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Marquis is alleged to have violated his conditions of supervised release by being charged with the crime of Possession of a Dangerous Weapon, a violation of Revised Code of Washington (RCW) 9.41.250, on or about January 8, 2021.

Per COVID-19 procedures, Mr. Marquis' conditions of supervised release were verbally reviewed with him on April 23, 2020. He verbally acknowledged an understanding of his conditions, which includes mandatory condition number 1, as noted above.

On January 8, 2021, as noted in violation number 3 of this report, Mr. Marquis was arrested by members of the PNVOTF. At the time of the arrest, the offender was searched incident to arrest. During the search, task force members located a set of brass knuckles on the offender's person. Mr. Marquis was transported to the Yakima County Jail, where he verbally admitted owning and possessing the above-noted dangerous weapon.

Mr. Marquis is scheduled to appear in Yakima County Superior Court, docket 21-1-000583-9, on January 25, 2021, for the above-noted crime.

5  **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).

**Supporting Evidence**: Mr. Marquis is alleged to have violated his conditions of supervised release by possessing brass knuckles on or about January 8, 2021.

Per COVID-19 procedures, Mr. Marquis' conditions of supervised release were verbally reviewed with him on April 23, 2020. He verbally acknowledged an understanding of his conditions, which includes standard condition number 10, as noted above.

On January, 8, 2021, as noted in violation number 4, members of the PNVOTF located Mr. Marquis and served his outstanding federal warrant. During a search of his person, incident to arrest, Mr. Marquis is alleged to have had a set of brass knuckles, a dangerous weapon, on his person. While at the Yakima County Jail, the offender verbally admitted to owning and possessing the aforementioned dangerous weapon.

Prob12C
**Re: Marquis, Chase Patrick**
**January 22, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 22, 2021

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/22/2021
Date